1  ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2  MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
12
   XIAOQIAN LI,
13
                   Plaintiff,              Case No. 3:24-cv-00803-LJC
14
            v.
15                                         **STIPULATION TO STAY PROCEEDINGS;**
                                           **ORDER**
   ALEJANDRO MAYORKAS, Secretary
16 of the Department of Homeland Security, *et al*.,
17
                   Defendants.
18
19        The parties, through their undersigned attorneys, hereby stipulate and respectfully request the

20 Court to stay proceedings in this case for a limited time, until July 17, 2024.  The parties make this joint

21 request because they are pursuing an administrative resolution that may render further litigation of this

22 case unnecessary.

23        Plaintiff filed this mandamus action seeking adjudication of her Form I-485, Application to

24 Register Permanent Residence or Adjust Status.  United States Citizenship and Immigration Services

25 ("USCIS") issued a Request for Evidence ("RFE") on Plaintiff's application, and Plaintiff has until

26 June 17, 2024, to respond to the RFE.

27        Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

28 July 17, 2024, at which time the parties will file a joint status report with the Court.  At that time, the

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

Dated: April 2, 2024

  /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: April 2, 2024

  /s/ Haitham E. Ballout
HAITHAM E. BALLOUT
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 5, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.